IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH B. SKAGGS,

    Plaintiff,

vs.         No. CV 17-00025 KG/KRS

JUDGE MARK SANCHEZ, DISTRICT
ATTORNEY ERIC SCRAMLIN, DEFENDANTS
ATTORNEY BRYON COLLOPY, DET. DAVID
MIRANDA, DET. JOE CLARK,

    Defendants.

## JUDGMENT

This matter having come before the Court, *sua sponte* under 28 U.S.C. § 1915(e)(2)(B) on the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 filed by Plaintiff Joseph B. Skaggs on January 6, 2017 (Doc. 1), and the Court having entered its Memorandum Opinion and Order dismissing this action,

IT IS THEREFORE ORDERED that JUDGMENT is hereby entered against Plaintiff, Joseph B. Skaggs, and the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 filed by Plaintiff Joseph B. Skaggs on January 6, 2017 (Doc. 1) and all claims and causes of action in this proceeding are DISMISSED with prejudice.

_____
UNITED STATES DISTRICT JUDGE